# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 22-10414-MDC

DAWN REYNOLDS

6828 N. 9TH STREET

PHILADELPHIA, PA 19126-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DAWN REYNOLDS

    6828 N. 9TH STREET

    PHILADELPHIA, PA 19126-

Counsel for debtor(s), by electronic notice only.

    JOHN L. MCCLAIN, ESQ.
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

Date: 3/24/2022

                        /S/ Kenneth E. West
                        _____
                        Kenneth E. West, Esquire
                        Chapter 13 Standing Trustee