# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:     Chapter 13

DAWN REYNOLDS     Bankruptcy No. 22-10414-MDC

6828 N. 9TH STREET

PHILADELPHIA, PA 19126-

    Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    DAWN REYNOLDS

    6828 N. 9TH STREET

    PHILADELPHIA, PA 19126-

**Counsel for debtor(s), by electronic notice only.**
    JOHN L. MCCLAIN, ESQ.
    JOHN L MCCLAIN AND ASSOCIATES
    PO BOX 123
    NARBERTH, PA 19072-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA 19107

Date: 5/25/2022                         /s/ Kenneth E. West

                                       _____
                                       Kenneth E. West, Esquire
                                       Chapter 13 Standing Trustee