United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 22-10414-mdc

Dawn Reynolds  Chapter 13

   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 3
Date Rcvd: Aug 25, 2022   Form ID: 155   Total Noticed: 42

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn Reynolds, 6828 N. 9th Street, Philadelphia, PA 19126-2903 |
| 14670528 | | Abington Emergency Physician, 56 W Main Street, Ste 305, Christiana, DE 19702-1503 |
| 14670529 | + | Abington Health Physicians, 1200 Old York Rd., Abington, PA 19001-3720 |
| 14670530 | + | Acs Inc, Attn: Bankruptcy, PO Box 56317, Philadelphia, PA 19130-6317 |
| 14670531 | + | Albert James Millar, Counsel, PA Department of Revenue, Dept. 281061, Harrisburg, PA 17128-0001 |
| 14670537 | + | Drexel Medicine, PO Box 95000-1030, Philadelphia, PA 19195-0001 |
| 14673882 | + | HEMAP / Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14670539 | + | Heart Group of Abington LTd, PO Box 10848, Lancaster, PA 17605-0848 |
| 14670540 | + | Hypertension Nephrology Associates, 735 Fitzwatertown Rd, Willow Grove, PA 19090-1338 |
| 14670541 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14670542 | + | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14674228 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14670547 | + | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14670546 | + | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14674366 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14674101 | + | Pennsylvania Housing Finance Agency, Homeowner's Emergency Mortgage Assistanc, c/o Leon P. Haller, Esq., Purcell,Krug,and Haller, 1719 North Front Street Harrisburg, PA 17102-2392 |
| 14695437 | + | Philadelphia Gas Works, 800 West Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14670550 | + | Portfolio Recovery, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 14670551 | + | Surgical Care Specialists, Inc., 1245 Highland Ave, Ste 600, Abington, PA 19001-3727 |
| 14670553 | | Thinkcashfbd, Brandywine Commons, Wilmington, DE 19803 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14672481 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 25 2022 23:44:00 | Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14671972 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 25 2022 23:44:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14670532 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Aug 25 2022 23:44:00 | Americredit dba GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14670556 | | Email/Text: megan.harper@phila.gov | Aug 25 2022 23:44:00 | WATER REVENUE BUREAU, City of Philadelphia Law Dept, 1515 Arch Street, 15th flr, Philadelphia, PA 19102 |
| 14683947 | | Email/Text: megan.harper@phila.gov | Aug 25 2022 23:44:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |

Case 22-10414-mdc   Doc 36   Filed 08/27/22   Entered 08/28/22 00:30:08   Desc Imaged
Certificate of Notice   Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: 155 | Total Noticed: 42 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14670536 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Aug 25 2022 23:44:00 | CREDIT COLLECTION SERVICES, TWO WELLS AVENUE, NEWTON, MA 02459-3225 |
| 14670534 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 25 2022 23:43:53 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14670535 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2022 23:44:00 | Comenity Bank/King Sizes, Attention: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14670538 | + | Email/Text: collections@drexel.edu | Aug 25 2022 23:44:00 | Drexel University, 3141 Chestnut Street, Philadelphia, PA 19104-2875 |
| 14670542 | ^ | MEBN | Aug 25 2022 23:40:43 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14670543 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 25 2022 23:44:00 | Lane Bryant Catalog/Comenity Bank, Attn: Bankruptcy, PO Box 182686, Columbus, OH 43218-2686 |
| 14670544 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2022 23:44:00 | PA Department of Revenue, Dept 280948, Harrisburg, PA 17128-0001 |
| 14670545 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 25 2022 23:44:00 | PECO, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14679373 | + | Email/Text: bankruptcygroup@peco-energy.com | Aug 25 2022 23:44:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14670548 | | Email/Text: blegal@phfa.org | Aug 25 2022 23:44:00 | PHFA - HEMAP, PO Box 8029, Harrisburg, PA 17105 |
| 14674228 | ^ | MEBN | Aug 25 2022 23:40:44 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14683732 | + | Email/Text: blegal@phfa.org | Aug 25 2022 23:44:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14670831 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 25 2022 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14677568 | + | Email/Text: blegal@phfa.org | Aug 25 2022 23:44:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14670549 | | Email/Text: bankruptcypgl@plaingreenloans.com | Aug 25 2022 23:44:00 | Plain Green, 93 Mack Road Suite, Box Elder, MT 59521 |
| 14670552 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 25 2022 23:43:54 | Synchrony Bank/JC Penny, Attention: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 14670554 | + | Email/Text: blegal@phfa.org | Aug 25 2022 23:44:00 | U.S. Bank c/o PHFA, PO Box 8029, HARRISBURG, PA 17105-8029 |
| 14670555 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Aug 25 2022 23:44:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14670557 | + | Email/Text: bnc-bluestem@quantum3group.com | Aug 25 2022 23:44:00 | Webbnk/fstr, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 24

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14670533 | ## | Berger Henry Ent Specialty Group, 60 W. Germantown Pike, Est Norritown, PA 19401-1565 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

Case 22-10414-mdc    Doc 36    Filed 08/27/22    Entered 08/28/22 00:30:08    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Aug 25, 2022 | Form ID: 155 | Total Noticed: 42 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2022        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JOHN L. MCCLAIN | on behalf of Debtor Dawn Reynolds aaamcclain@aol.com edpabankcourt@aol.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Dawn Reynolds
     Debtor(s)

Chapter: 13

Bankruptcy No: 22−10414−mdc

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this August 25,2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                  Magdeline D. Coleman
                                                  Chief Judge ,
                                                  United States Bankruptcy Court

                                                                        35 − 11
                                                                        Form 155