**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   Reynolds, Dawn<br><br>       Debtor | : Chapter 13<br>:<br>:<br>: 22-10414 |

## CERTIFICATE OF SERVICE

  I certify that on the date shown below a copy of NOTICE OF FILING OF Motion to Modify Plan and to Abate Plan Payments After Confirmation, Order and Notice was served upon the parties listed below, all interested parties, the standing trustee, all creditors of the debtor at their addresses as shown in the schedules accompanying the debtor's petition and from the claims docket by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means.

August 29, 2023

/"s"/ Mitchell J. Prince, Esquire
Mitchell J. Prince, Esquire
John L. McClain, Esquire
John L. Mc Clain and Associates
PO Box 123
Narberth, PA 19072-0123

Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106


United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Reynolds, Dawn
6828 N. 9th Street
Philadelphia, PA 19126