**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: : Chapter 13
    Reynolds, Dawn

    Debtor : 22-10414

**APPLICATION FOR WAGE ORDER**

The Application of debtor respectfully represents:

1. Applicant, Reynolds, Dawn, is a debtor in this case.

2. Applicant is employed by **School District of Philadelphia Payroll.**

3. **Applicant wishes an amended wage order directing her employer to continue to withhold $1,343.00 monthly for 2 months (as of September 1, 2023), then as of November 1, 2023, the payment shall increase to $1,516.00 monthly for a period of 40 months,** monthly pro-rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period) and forward same to Kenneth E. West, Trustee.

    Wherefore, the debtor requests the court to enter the attached amended wage order.

"/s/"Mitchell J. Prince, Esquire
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
John L. Mc Clain and Associates
1851 C.R. 27
Owls Head, NY 12969
484-588-5570
1-888-857-1967 (fax)
    Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          : Chapter 13
    Reynolds, Dawn
        Debtor                             : 22-10414

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE**
**DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**School District of Phila/ Payroll**
**440 N Broad St, Ground Fl**
**Philadelphia, PA 19130**

Re:    **Reynolds, Dawn** SSN: xxx-xx-8369

The future earnings of the above named debtor Reynolds, Dawn, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's modified chapter 13 plan,

**It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of **$1,343.00 monthly for 2 months (as of September 1, 2023), then as of November 1, 2023, the payment shall increase to $1,516.00 monthly for a period of 40 months,** pro-rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

**Withhold $1,343.00 monthly for 2 months (as of September 1, 2023), then as of November 1, 2023, the payment shall increase to $1,516.00 monthly for a period of 40 months to:** Kenneth E. West, Trustee, P.O. Box 1799, Memphis, TN 38101-1799

BY THE COURT: _____*Magdeline D. Coleman*_____                Date 09/21/2023
                MAGDELINE D. COLEMAN
                Chief Bankruptcy Judge

School District of Phila/ Payroll
440 N Broad St, Ground Fl
Philadelphia, PA 19130

Reynolds, Dawn
6828 N. 9th Street

Philadelphia, PA 19126

Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
1851 C.R. 27
Owls Head, NY 12969

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : Chapter 13
    Reynolds, Dawn

  Debtor : 22-10414

### APPLICATION FOR WAGE ORDER

The Application of debtor respectfully represents:

1. Applicant, Reynolds, Dawn, is a debtor in this case.

2. Applicant is employed by **School District of Philadelphia Payroll.**

3. **Applicant wishes an amended wage order directing her employer to continue to withhold $1,343.00 monthly for 2 months (as of September 1, 2023), then as of November 1, 2023, the payment shall increase to $1,516.00 monthly for a period of 40 months,** monthly pro-rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period) and forward same to Kenneth E. West, Trustee.

Wherefore, the debtor requests the court to enter the attached amended wage order.

"/s/"Mitchell J. Prince, Esquire
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
John L. Mc Clain and Associates
1851 C.R. 27
Owls Head, NY 12969
484-588-5570
1-888-857-1967 (fax)
    Attorneys for Debtor

No Objection
/s/ LeeAne O. Huggins
Office of the Chapter 13 Standing Trustee