United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-10414-mdc

Dawn Reynolds   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2
Date Rcvd: Sep 21, 2023     Form ID: pdf900     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn Reynolds, 6828 N. 9th Street, Philadelphia, PA 19126-2903 |
| | + | School District of Phila, 440 N Broad St, Ground Fl, Philadelphia, PA 19130-4090 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2023     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2023 at the address(es) listed below:

**Name**     **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bnicholas@kmllawgroup.com
    bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (SUCCESSOR TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY  PURSUANT TO SAID TRUST INDENTURE) bkgroup@kmllawgroup.com

JOHN L. MCCLAIN
    on behalf of Debtor Dawn Reynolds aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2 | User: admin | Page 2 of 2

Date Rcvd: Sep 21, 2023 | Form ID: pdf900 | Total Noticed: 2

LEON P. HALLER
    on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program
    lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

LEON P. HALLER
    on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
    dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**IN RE:** : Chapter 13
   Reynolds, Dawn

   **Debtor** : 22-10414

### APPLICATION FOR WAGE ORDER

The Application of debtor respectfully represents:

1. Applicant, Reynolds, Dawn, is a debtor in this case.

2. Applicant is employed by **School District of Philadelphia Payroll.**

3. **Applicant wishes an amended wage order directing her employer to continue to withhold $1,343.00 monthly for 2 months (as of September 1, 2023), then as of November 1, 2023, the payment shall increase to $1,516.00 monthly for a period of 40 months,** monthly pro-rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period) and forward same to Kenneth E. West, Trustee.

Wherefore, the debtor requests the court to enter the attached amended wage order.

"/s/"Mitchell J. Prince, Esquire
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
John L. Mc Clain and Associates
1851 C.R. 27
Owls Head, NY 12969
484-588-5570
1-888-857-1967 (fax)
   Attorneys for Debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                : Chapter 13
    **Reynolds, Dawn**
    **Debtor**                        : 22-10414

**AMENDED ORDER DIRECTING EMPLOYER TO MAKE WAGE
DEDUCTIONS FOR REMITTANCE TO TRUSTEE**

**TO EMPLOYER:**
**School District of Phila/ Payroll**
**440 N Broad St, Ground Fl**
**Philadelphia, PA 19130**

Re:   **Reynolds, Dawn** SSN: xxx-xx-8369

The future earnings of the above named debtor Reynolds, Dawn, being subject to the continuing supervision and control of the court for the purpose of enforcing the terms of the debtor's modified chapter 13 plan,

**It IS HEREBY ORDERED** that the employer of the debtor shall deduct from the earnings of the debtor, beginning with the next pay period following the receipt of this order the sum of **$1,343.00 monthly for 2 months (as of September 1, 2023), then as of November 1, 2023, the payment shall increase to $1,516.00 monthly for a period of 40 months,** pro-rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period).

The employer shall continue said deductions until further Order of this Court and shall remit all monies withheld from the debtor's earnings at least monthly, or more frequently if convenient, in the dollar amounts stated below to: the chapter 13 Trustee whose names and addresses that appear below.

**Withhold $1,343.00 monthly for 2 months (as of September 1, 2023), then as of November 1, 2023, the payment shall increase to $1,516.00 monthly for a period of 40 months to:** Kenneth E. West, Trustee, P.O. Box 1799, Memphis, TN 38101-1799

BY THE COURT: _____   Date 09/21/2023
    MAGDELINE D. COLEMAN
    Chief Bankruptcy Judge

School District of Phila/ Payroll
440 N Broad St, Ground Fl
Philadelphia, PA 19130

Reynolds, Dawn
6828 N. 9th Street

Philadelphia, PA 19126

Kenneth E. West, Trustee
P.O. Box 40119
Philadelphia, PA 19106

John L. Mc Clain, Attorney for Debtor
John L. Mc Clain and Associates
1851 C.R. 27
Owls Head, NY 12969

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Reynolds, Dawn | |
| Debtor | : 22-10414 |

## APPLICATION FOR WAGE ORDER

The Application of debtor respectfully represents:

1. Applicant, Reynolds, Dawn, is a debtor in this case.

2. Applicant is employed by **School District of Philadelphia Payroll.**

3. **Applicant wishes an amended wage order directing her employer to continue to withhold $1,343.00 monthly for 2 months (as of September 1, 2023), then as of November 1, 2023, the payment shall increase to $1,516.00 monthly for a period of 40 months,** monthly pro-rata per pay period (if paid weekly divide by four, biweekly divide by 2 for the amount per pay period) and forward same to Kenneth E. West, Trustee.

Wherefore, the debtor requests the court to enter the attached amended wage order.

"/s/"Mitchell J. Prince, Esquire
John L. Mc Clain, Esquire
Mitchell J. Prince, Esquire
John L. Mc Clain and Associates
1851 C.R. 27
Owls Head, NY 12969
484-588-5570
1-888-857-1967 (fax)
    Attorneys for Debtor

No Objection
/s/ LeeAne O. Huggins
Office of the Chapter 13 Standing Trustee