United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10414-amc |
| Dawn Reynolds | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jun 20, 2024 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn Reynolds, 6828 N. 9th Street, Philadelphia, PA 19126-2903 |
| 14670528 | | Abington Emergency Physician, 56 W Main Street, Ste 305, Christiana, DE 19702-1503 |
| 14670529 | + | Abington Health Physicians, 1200 Old York Rd., Abington, PA 19001-3720 |
| 14670530 | + | Acs Inc, Attn: Bankruptcy, PO Box 56317, Philadelphia, PA 19130-6317 |
| 14670531 | + | Albert James Millar, Counsel, PA Department of Revenue, Dept. 281061, Harrisburg, PA 17128-0001 |
| 14670533 | | Berger Henry Ent Specialty Group, 60 W. Germantown Pike, Est Norritown, PA 19401-1565 |
| 14670537 | + | Drexel Medicine, PO Box 95000-1030, Philadelphia, PA 19195-0001 |
| 14673882 | + | HEMAP / Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14670540 | + | Hypertension Nephrology Associates, 735 Fitzwatertown Rd, Willow Grove, PA 19090-1338 |
| 14670541 | #+ | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 14670547 | + | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 14674101 | + | Pennsylvania Housing Finance Agency, Homeowner's Emergency Mortgage Assistanc, c/o Leon P. Haller, Esq., Purcell,Krug,and Haller, 1719 North Front Street Harrisburg, PA 17102-2392 |
| 14674366 | + | Pennsylvania Housing Finance Agency, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14670550 | + | Portfolio Recovery, 601 Nw 2nd St, Evansville, IN 47708-1013 |
| 14670551 | + | Surgical Care Specialists, Inc., 1245 Highland Ave, Ste 600, Abington, PA 19001-3727 |
| 14670553 | | Thinkcashfbd, Brandywine Commons, Wilmington, DE 19803 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 21 2024 07:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: blegal@phfa.org | Jun 21 2024 07:28:00 | Pennsylvania Housing Finance Agency/Homeowner's Em, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14672481 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 21 2024 07:28:00 | Americredit Financial Services, Inc., dba GM Financial, PO Box 183853, Arlington, TX 76096 |
| 14671972 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 21 2024 07:28:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14670532 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 21 2024 07:28:00 | Americredit dba GM Financial, PO Box 181145, Arlington, TX 76096-1145 |
| 14670556 | | Email/Text: megan.harper@phila.gov | Jun 21 2024 07:28:00 | WATER REVENUE BUREAU, City of Philadelphia Law Dept, 1515 Arch Street, 15th flr, |

Case 22-10414-amc    Doc 71    Filed 06/22/24    Entered 06/23/24 00:43:13    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 20, 2024 | Form ID: pdf900 | Total Noticed: 45 |

| | | | |
|---|---|---|---|
| 14683947 | Email/Text: megan.harper@phila.gov | | Philadelphia, PA 19102 |
| | | Jun 21 2024 07:28:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14670536 | + Email/Text: bankruptcy_notifications@ccsusa.com | Jun 21 2024 07:28:08 | CREDIT COLLECTION SERVICES, TWO WELLS AVENUE, NEWTON, MA 02459-3225 |
| 14670534 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 21 2024 07:40:41 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14670535 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 21 2024 07:28:00 | Comenity Bank/King Sizes, Attention: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 14670538 | + Email/Text: collections@drexel.edu | Jun 21 2024 07:28:00 | Drexel University, 3141 Chestnut Street, Philadelphia, PA 19104-2875 |
| 14782388 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 21 2024 07:28:00 | Internal Revenue Service, P O BOX 7317, Philadelphia PA 19101-7317 |
| 14670542 | ^ MEBN | Jun 21 2024 07:19:11 | KML Law Group, PC, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14670543 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 21 2024 07:28:00 | Lane Bryant Catalog/Comenity Bank, Attn: Bankruptcy, PO Box 182686, Columbus, OH 43218-2686 |
| 14670544 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2024 07:28:00 | PA Department of Revenue, Dept 280948, Harrisburg, PA 17128-0001 |
| 14670545 | + Email/Text: bankruptcygroup@peco-energy.com | Jun 21 2024 07:28:00 | PECO, PO Box 13439, Philadelphia, PA 19101-3439 |
| 14679373 | + Email/Text: bankruptcygroup@peco-energy.com | Jun 21 2024 07:28:00 | PECO Energy Company, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14670548 | Email/Text: blegal@phfa.org | Jun 21 2024 07:28:00 | PHFA - HEMAP, PO Box 8029, Harrisburg, PA 17105 |
| 14674228 | ^ MEBN | Jun 21 2024 07:19:08 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14683732 | + Email/Text: blegal@phfa.org | Jun 21 2024 07:28:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14670546 | ^ MEBN | Jun 21 2024 07:19:23 | Penn Medicine, PO Box 824406, Philadelphia, PA 19182-4406 |
| 14670831 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2024 07:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14677568 | + Email/Text: blegal@phfa.org | Jun 21 2024 07:28:00 | Pennsylvania Housing Finance Agency/HEMAP, 211 North Front Street, PO BOX 15206, Harrisburg, PA 17105-5206 |
| 14695437 | ^ MEBN | Jun 21 2024 07:18:59 | Philadelphia Gas Works, 800 West Montgomery Avenue, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3Fl |
| 14670549 | Email/Text: bankruptcypgl@plaingreenloans.com | Jun 21 2024 07:28:00 | Plain Green, 93 Mack Road Suite, Box Elder, MT 59521 |
| 14670552 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 21 2024 07:40:18 | Synchrony Bank/JC Penny, Attention: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 14670554 | + Email/Text: blegal@phfa.org | Jun 21 2024 07:28:00 | U.S. Bank c/o PHFA, PO Box 8029, HARRISBURG, PA 17105-8029 |
| 14670555 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jun 21 2024 07:27:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 14670557 | + Email/Text: bnc-bluestem@quantum3group.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 20, 2024 | Form ID: pdf900 | Total Noticed: 45 |

        Jun 21 2024 07:28:00      Webbnk/fstr, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 14781340 | *+ | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14670539 | ##+ | Heart Group of Abington LTd, PO Box 10848, Lancaster, PA 17605-0848 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2024        Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (SUCCESSOR TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY  PURSUANT TO SAID TRUST INDENTURE) bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| JOHN L. MCCLAIN | on behalf of Debtor Dawn Reynolds aaamcclain@aol.com  edpabankcourt@aol.com;JLMcClain@jubileebk.net |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor Pennsylvania Housing Finance Agency/Homeowner's Emergency Mortgage Assistance Program lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com  dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    DAWN  REYNOLDS<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 22-10414-AMC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: June 20, 2024**

_____
Honorable Ashely M. Chan
Bankruptcy Judge