**Fill in this information to identify the case:**

Debtor 1: Dawn Reynolds

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Eastern District of Pennsylvania

Case number: 22-10414-mdc

Official Form 410S1

# Notice of Mortgage Payment Change   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Pennsylvania Housing Finance Agency        Court claim no. (if known): 5

Last 4 digits of any number you use to identify the debtor's account: 7 2 5 0

Date of payment change:
Must be at least 21 days after date of this notice: 12/01/2023

New total payment: $ 636.53
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?
   - ☐ No
   - ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 221.85        New escrow payment: $ 228.30

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?
   - ☑ No
   - ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?
   - ☑ No
   - ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     *(Court approval may be required before the payment change can take effect.)*

     Reason for change: _____

     Current mortgage payment: $ _____        New mortgage payment: $ _____

| Debtor 1 | Dawn Reynolds | | | Case number (if known) 22-10414-mdc |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Leon P. Haller
Signature

Date 10/31/2023

Print:  Leon P. Haller
        First Name    Middle Name    Last Name

Title  Bankruptcy Attorney

Company  Purcell, Krug & Haller

Address  1719 North Front Street
         Number       Street

Harrisburg                PA    17102
City                      State  ZIP Code

Contact phone  717-234-4178

Email  lhaller@pkh.com